Adam D. Brumm, Esq.  SB#257906
Eden Environmental Defenders
1520 E. Covell Blvd, Suite B5-611
Davis, CA  95616
Telephone: (800) 545-7215, Extension 906
Email:  adam@edendefenders.org

Attorneys for Plaintiff
CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CASTLE & KING ROCK & READY MIX, et al.<br><br>　　　　Defendants. | Case No.:  2:23-cv-02616-SCR<br><br>**PLAINTIFF'S NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Date:  November 13, 2025<br>Time:  9:30 a.m.<br>Judge:  Honorable Dennis Cota |

TO ALL INTERESTED PARTIES:

　　PLEASE TAKE NOTICE that on November 6, 2025, Plaintiff submitted to Magistrate Judge Dennis Cota via email (DCota@caed.uscourts.gov) its confidential Settlement Conference Statement as required by this Court's Order and Local Rule 270.

　　Dated: November 5, 2025　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　By:　  /S/ Adam D. Brumm　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Adam D. Brumm
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Plaintiff's Notice of Submission  – Page 1