1  Adam D. Brumm, Esq.  SBN 257906
   EDEN ENVIRONMENTAL DEFENDERS
2  1520 E. Covell Blvd, Suite B5-611
   Davis, CA  95616
3  Telephone: (800) 545-7215, Extension 906
   Email: adam@edendefenders.org
4  Attorneys for Plaintiff

5

6  Dana Dean, SBN 226083
   HANSON BRIDGETT LLP
7  1676 N. California Blvd., Suite 620
   Walnut Creek, California 94596
8  Telephone:    925-746-8460
   Email: ddean@hansonbridgett.com
9  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CASTLE & KING ROCK & READY MIX, Inc., et al.,<br><br>Defendants. | Case No.: 2:23−cv-02616−SCR<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING SETTLEMENT CONFERENCE**<br><br>Action Filed: November 13, 2023 |
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>CASTLE & KING, a California Corporation, et al.,<br><br>Defendants. | Related Case. 2:25-cv-03123 SCR |

Stipulation to Stay And [Proposed] Order        1        Case No.: 2:23−cv-02616−SCR

22418490.1

1	Plaintiff Central Valley Eden Environmental Defenders, LLC ("Plaintiff") and Defendant CASTLE & KING ROCK & READY MIX, Inc., et al., ("Defendant") (collectively "the Parties") hereby submit this Stipulation to Stay Case Pending the Settlement Conference to be conducted in this matter by Magistrate Judge Dennis M. Cota.

Plaintiff filed the Complaint in this action on November 13, 2023, alleging violations of the Federal Clean Water Act and California's Industrial General Permit.   Defendant has been served and filed its Answer on May 29, 2025.

On July 15, 2025, the Court entered a Minute Order in this case referring that matter to Magistrate Judge Dennis M. Cota for a settlement conference.  The date for the settlement conference has not yet been confirmed, but is likely to be December 18, 2025.

The Parties have not requested any prior continuances or stays in this action.

Plaintiff filed a Notice of Related Cases on October 28, 2025, relating this case to *Central Valley Eden Environmental Defenders v. Castle & King, et al.*, Case No. 2:25-cv-03123-TLN-SCR.

Counsel for the Parties have meet and conferred and have agreed that this matter may be resolved along with the related case, within the context of the settlement conference to be conducted by Dennis M. Cota.

Based on the foregoing, the Parties, through their respective attorneys of record, HEREBY STIPULATE AND REQUEST an Order from the Court as follows:

1.	That all dates and deadlines currently set in this matter be vacated;

2.	That this action be STAYED until ten (10) calendar days after the conclusion of the settlement conference before Magistrate Judge Dennis M. Cota, including any continuances thereto;

3.	That the Parties will meet and confer on or before the expiration of the STAY to (a) finalize settlement negotiations and prepare a Notice of Settlement; (b) mutually agree on a request for a further stay of the action; or (c) agree that this matter will not settle and prepare a Joint Status Report to the Court;

4.	That the Parties will file a Notice of Settlement, Stipulation and Order for Further Stay, or Joint Status Report to the Court within five (5) business days after the expiration of the STAY; and

5. That in the event that the Parties are unable to successfully negotiate a complete resolution of this matter, the Parties will submit a Stipulation to Modify the Scheduling Order with jointly proposed dates .

IT IS SO STIPULATED.

Date:   December 9, 2025      HANSON BRIDGETT LLP


 _/s/ Dana Dean  (as authorized on 12/8/25 per LR 131(e)_
  Dana Dean
  Attorney for Defendants


Date:   December 9, 2025      CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC


 _/s/ Adam D. Brumm (as authorized on 12/8/25) per LR 131(e)_
  Adam Brumm
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASTLE & KING ROCK & READY MIX, Inc., et al.,<br><br>Defendants.<br>_____<br>CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASTLE & KING, a California Corporation, et al.,<br><br>Defendants. | Case No.: 2:23−CV-02616−SCR<br><br>Judge: Honorable Sean C. Riordan<br><br>[~~PROPOSED~~] **ORDER STAYING CASE PENDING SETTLEMENT**<br><br><br>Related Case No. 2:25-cv-03123 SCR |

Having considered the Stipulation of the Parties, the Court finds good cause exists to stay this action pending the Settlement Conference to be conducted by Magistrate Judge Dennis M. Cota. IT IS HEREBY ORDERED that the stipulation is approved in its entirety.

1. This Action is hereby STAYED until 12:01 a.m. on the eleventh (11th) calendar day after the conclusion of the settlement conference, at which time it will automatically expire unless extended by stipulation of the Parties and order of this Court.

2. All deadlines and hearings currently set in this matter are hereby VACATED, including all pre-trial dates and deadlines.

3. The Parties shall meet and confer on or before the expiration of the STAY to (a) finalize settlement negotiations and prepare a Notice of Settlement; (b) mutually agree on a request for a further

1  stay of the action; or (c) agree that this matter will not settle and prepare a Joint Status Report to the Court.

4. Within five (5) business days after the expiration of the STAY, the Parties shall file a Notice of Settlement, Stipulation and Order for Further Stay, or Joint Status Report to the Court.

5. In the event that the Parties are unable to successfully negotiate a complete resolution of this matter, the Parties shall file a Stipulation to Modify the Scheduling Order which includes proposed dates. The Stipulation shall be filed within ten (10) business days after the expiration of the STAY.

**IT IS SO ORDERED.**

Dated: December 9, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE